# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

———

No. 13-11290
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

August 29, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ANDRES VASQUEZ,

Defendant-Appellant

———

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:12-CR-392-6

———

Before CLEMENT, PRADO, and ELROD, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Andres Vasquez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Vasquez's motion for an extension of time to file an additional pro se response is GRANTED. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Vasquez's responses. We concur with

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-11290

counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.   Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.  His motion for appointment of new counsel is DENIED.  *See United States v. Wagner,* 158 F.3d 901, 902-03 (5th Cir. 1998).